**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7536

JAMES A. G. BUNCH, JR.,

Plaintiff - Appellant,

versus

RANDALL LEE, Superintendent; NURSE EMERY, RN
Supervisor; DOCTOR CROCKRAN, Physician;
J. A. DOBBEN, Grievance Examiner,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (CA-03-654-5-FL)

Submitted: February 9, 2004          Decided:  March 31, 2004

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James A. G. Bunch, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. G. Bunch, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Bunch v. Lee, No. CA-03-654-5-FL (E.D.N.C. Sept. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED